**Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00665-CV
_____

### TERIA LYNN, Appellant

### V.

### CHARLA PATE, Appellee

---

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Court Cause No. B-186,884**

---

# O R D E R

The notice of appeal in this case was filed July 17, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **September 18, 2013.** _See_ Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM